JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON WESLEY TECU ALVAREZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, ET AL,<br>Respondent. | Case No. 5:26-cv-04570-MAR<br><br>JUDGMENT |

Pursuant to the Memorandum Decision and Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release **Anderson Wesley Tecu Alvarez (A# 249-178-946)** ("Petitioner") from custody (subject only to conditions that were in place prior to his August 2025 detention, if any) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a predeprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral arbiter at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.

The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: September 16, 2026

MARGO A. ROCCONI
United States Magistrate Judge